UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | Case No. |
| Plaintiff, | **ORDER FOR ADMISSION PRO HAC VICE** |
| v. | |
| JEFFREY DE LAVEAGA, | |
| Defendant. | |

The motion of Andrew C. Pacheco, for admission to practice Pro Hac Vice in the above captioned action is granted.

The applicant has declared that he is in good standing with the bar in the state of Arizona; and that his contact information is as follows:


Andrew C. Pacheco, Esq.

Ryan Rapp Pacheco Sorensen, PLC

3200 N. Central Ave., Suite 2250

Phoenix, AZ 85012

Telephone: 602-280-1000 Fax: 602-265-1495


Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Jeffrey De Laveaga in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hae Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/25/25

_____

United States District/ ~~Magistrate~~ Judge