UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, | **Case No. 25 Cr. 127** |
|---|---|
| Plaintiff, | **[~~PROPOSE~~D] ORDER GRANTING CONTINUANCE OF DEADLINE TO SATISFY BOND REQUIREMENTS** |
| v. | |
| JEFFREY DE LAVEAGA, | |
| Defendant. | |

Upon Motion of Defendant, Jeffrey De Laveaga, to extend the deadline to complete satisfaction of current bond, currently set for April 8, 2025, with Assistant U.S. Matthew Shahabian having no objection, and good cause appearing therefrom;

**IT IS HEREBY ORDERED** that the deadline for the satisfaction of the current bond in this matter is continued from April 8, 2025, to <u>April 22, 2025</u>, at <u>5:00 p.m.</u>

Dated: April 9, 2025

_____
Honorable Ronnie Adams
United States District Judge