UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, | **Case No. 25 Cr. 127** |
|---|---|
| Plaintiff, | **ORDER GRANTING CONTINUANCE OF DEADLINE TO SATISFY BOND REQUIREMENTS** |
| v. | |
| JEFFREY DE LAVEAGA, | |
| Defendant. | |

    Upon Motion of Defendant, Jeffrey De Laveaga, to extend the deadline to complete satisfaction of current bond, currently set for April 22, 2025, with Assistant U.S. Matthew Shahabian having no objection, and good cause appearing therefrom;

    **IT IS HEREBY ORDERED** that the deadline for the satisfaction of the current bond in this matter is continued from April 22, 2025, to May 20, 2025, at 5:00.

Dated: April 22, 2025

                                      _____
                                      Honorable Ronnie Abrams
                                      United States District Judge