

**RYAN RAPP PACHECO SORENSEN** PLC

3200 N. Central Avenue, Suite 2250
Phoenix, Arizona 85012
Andrew C. Pacheco, AZ State Bar No. 018105
APacheco@rrpklaw.com
Shaheen P. Torgoley, AZ State Bar No. 024791
STorgoley@rrpklaw.com

January 21, 2026

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States* v. *Jeffrey De Laveaga*, 25 Cr. 127 (RA)

Dear Judge Abrams,

This law firm represents Defendant Jeffrey de Laveaga in the above captioned matter. On April 1, 2025, Mr. de Laveaga was arraigned on an information and pleaded guilty to all four counts of that information before this Court. During that setting the Court did not order a Presentence Report ("PSR") or schedule sentencing.

We now respectfully ask the Court to order creation of a PSR and also to schedule sentencing for the week of June 8, 2026, for a date convenient to the Court. There was no Status Conference scheduled and therefore no prior adjournments.

I have communicated with Assistant U.S. Attorney Matthew Shahabian, who has indicated that the government has no objection to initiating the PSR and scheduling sentencing.

Thank you for the Court's consideration.

Application granted. The Court will request the issuance of the Presentence Report. The sentence is scheduled for June 12, 2026 at 12:00 p.m. Counsel shall refer to my Individual Rules and Practices in Criminal Cases for the deadlines to file their submissions.

Respectfully submitted,

RYAN RAPP PACHECO SORENSEN

Shaheen P. Torgoley

SO ORDERED:

U.S. District Judge Ronnie Abrams
January 22, 2026