

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 1, 2026

**BY ECF**

The Honorable Ronnie Abrams
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentencing is adjourned to July 24, 2026 at 2:30 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.

     **Re:**    ***United States v. De Laveaga*, 25 Cr. 127 (RA)**  June 1, 2026

Dear Judge Abrams:

    The Government respectfully writes request a 45-day adjournment of the defendant's sentencing, currently scheduled June 12, 2026. An adjournment is necessary for the parties to have additional time to prepare materials for sentencing. The defendant consents to the adjournment.

        Very truly yours,

        JAY CLAYTON
        United States Attorney


by: _____/s/_____
        Matthew R. Shahabian
        Assistant United States Attorney
        (212) 637-1046